Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0298
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC , individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QUICK CAPITAL FUNDING LLC and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants | Case No.<br><br>3:18-cv-03126-JD<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY.** |

NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this October 8, 2019

By: /s/ Todd M. Friedman
Todd M. Friedman, ESQ.

Notice of settlement - 1

# **CERTIFICATE OF SERVICE**

Filed electronically on October 8, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on October 8, 2019to:

To the Honorable Court, all parties and their Counsel of Record

This 8th Day of October, 2019.

By: /s/ Todd M. Friedman
Todd M. Friedman, ESQ.
